| | |
|---|---|
| 1 | PAUL GROSSMAN (SB# 035959) |
| 2 | paulgrossman@paulhastings.com<br>DONNA M. MELBY (SB# 86417) |
| 3 | donnamelby@paulhastings.com<br>CHRIS A. JALIAN (SB# 295564) |
| 4 | chrisjalian@paulhastings.com<br>PAUL HASTINGS LLP |
| 5 | 515 South Flower Street, 25th Floor<br>Los Angeles, California 90071-2228 |
| 6 | Telephone: (213) 683-6000 |
| 7 | DUANE H. ZOBRIST (SB# 43813) |
| 8 | dzobrist@zoblaw.com<br>ZOBLAW |
| 9 | 1900 Arlington Boulevard, Suite B<br>Charlottesville, Virginia 22903 |
| 10 | Telephone: (434) 977-9666 |
| 11 | Attorneys for Defendants<br>GRUMA CORPORATION; |
| 12 | SMART & FINAL STORES, INC.; and<br>STATER BROS. MARKETS |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITYWIDE CONSULTANTS & FOOD MANAGEMENT, LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GRUMA CORPORATION, a Nevada corporation, dba MISSION FOODS CORPORATION; SMART & FINAL STORES, INC.; STATER BROS. MARKETS; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:19−cv−04724 DSF (AFMx)<br><br>**DEFENDANT'S NOTICE OF AND MOTION TO COMPEL ARBITRATION**<br><br>Date: July 29, 2019<br>Time: 1:30 p.m.<br>Courtroom: 7D<br>Judge: Hon. Dale S. Fischer<br><br>Complaint Filed: March 26, 2019<br>Trial Date: Not yet set |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 29, 2019, at 1:30 p.m., in Courtroom 7D of the First Street Courthouse, located at 350 West 1st Street, Los Angeles, California 90012, Defendants Gruma Corporation, dba Mission Foods Corporation, Smart & Final Stores, Inc., and Stater Bros. Markets ("Defendants"):

1. Will and hereby do, pursuant to Section 4 of the Federal Arbitration Act, 9 U.S.C. § 4, move the Court to compel arbitration of all claims in the operative Complaint (Dkt 1-1) asserted by Plaintiff Citywide Consultants & Food Management, LLC ("Citywide") on an individual basis against Defendants. This motion is based on the grounds that Citywide is a party to the written Mutual Agreement to Arbitrate Claims (attached as Exhibit A to the concurrently filed Declaration of Ron Anderson) that covers and requires Citywide to arbitrate on an individual basis all of the claims it asserts against the Defendants; and

2. Will and do, pursuant to Section 3 of the FAA, 9 U.S.C. § 3, move to stay this case pending the completion of arbitration.

3. The motion is based on this Notice of and Motion to Compel Arbitration, the attached Memorandum of Points and Authorities, the concurrently filed Declarations of Chris A. Jalian and Ron Anderson, the pleadings and papers filed herein, and such arguments as may be made by counsel at the hearing.

1    4. This motion is filed following a meet-and-confer conference call
2 pursuant to L.R. 7-3, which took place on June 4, 2019.  *See* Declaration of Chris
3 A. Jalian ¶¶ 2-4.  Citywide's counsel refused to stipulate to arbitrate because
4 Citywide is allegedly exempt from the Federal Arbitration Act.

6    Dated:  June 5, 2019               PAUL HASTINGS LLP
                                        PAUL GROSSMAN
7                                       DONNA M. MELBY
                                        CHRIS A. JALIAN
8
9                                       ZOBLAW
                                        DUANE H. ZOBRIST
10

12                                      By:    */s/ Paul Grossman*
                                                PAUL GROSSMAN
13
14                                      Attorneys for Defendants
                                        GRUMA ENTERPRISES, INC.;
15                                      SMART & FINAL STORES, INC.; AND
                                        STATER BROS. MARKETS