| | |
|---|---|
| 1 | PAUL GROSSMAN (SB# 035959) |
|   | paulgrossman@paulhastings.com |
| 2 | DONNA M. MELBY (SB# 86417) |
|   | donnamelby@paulhastings.com |
| 3 | CHRIS A. JALIAN (SB# 295564) |
|   | chrisjalian@paulhastings.com |
| 4 | PAUL HASTINGS LLP |
| 5 | 515 South Flower Street, 25th Floor |
|   | Los Angeles, California 90071-2228 |
| 6 | Telephone: (213) 683-6000 |
| 7 | DUANE H. ZOBRIST (SB# 43813) |
|   | dzobrist@zoblaw.com |
| 8 | ZOBLAW |
|   | 1900 Arlington Boulevard, Suite B |
| 9 | Charlottesville, Virginia 22903 |
| 10 | Telephone: (434) 977-9666 |
| 11 | Attorneys for Defendants |
|   | GRUMA CORPORATION; |
| 12 | SMART & FINAL STORES, INC.; and |
|   | STATER BROS. MARKETS |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITYWIDE CONSULTANTS & FOOD MANAGEMENT, LLC, individually and on behalf of all others similarly situated, | Case No. 2:19-cv-04724 DSF (AFMx) |
| | **DECLARATION OF CHRIS A. JALIAN IN SUPPORT OF DEFENDANTS GRUMA CORPORATION, SMART & FINAL STORES, INC., AND STATER BROS. MARKETS' MOTION TO COMPEL ARBITRATION** |
| Plaintiff, | |
| vs. | |
| GRUMA CORPORATION, a Nevada corporation, dba MISSION FOODS CORPORATION; SMART & FINAL STORES, INC.; STATER BROS. MARKETS; and DOES 1 through 100, inclusive, | Date: July 29, 2019<br>Time: 1:30 p.m.<br>Courtroom: 7D<br>Judge: Hon. Dale S. Fischer |
| | Complaint Filed: March 26, 2019<br>Trial Date: Not yet set |
| Defendants. | |

# **DECLARATION OF CHRIS A. JALIAN**

I, Chris A. Jalian, declare:

1. I am an attorney at law licensed to practice before the Courts of the State of California and before this Court. I am an associate with the law firm of Paul Hastings LLP, attorneys of record for defendants Gruma Corporation, Smart & Final Stores, Inc., and Stater Bros. Markets ("Defendants"). I have personal knowledge of the facts set forth in this declaration, and if called to testify under oath, could and would testify competently to its contents.

2. On Friday, May 31, 2019, I called Citywide Consultants & Food Management, LLC's ("Plaintiff") counsel – Jeffrey Compton, Esq. of Markun Zusman Freniere & Compton LLP – to meet and confer regarding Defendants' Motion to Compel Arbitration. I was informed that Mr. Compton was unavailable; I left a message with his receptionist.

3. On Monday, June 3, 2019, I again called Mr. Compton to meet and confer. I was informed that Mr. Compton was unavailable; I left a voicemail for Mr. Compton. Later that day, Mr. Compton, Jonathan Weiss and I scheduled, via email, a meet and confer telephone conference for June 4, 2019.

4. On Tuesday, June 4, 2019, Mr. Compton, Mr. Weiss and I engaged in a telephonic meet and confer conference. During the call, I informed them that Defendants would move to compel arbitration, and the basis for their motion, if Plaintiff did not agree to arbitrate. Messrs. Compton and Weiss declined to agree to arbitration on the grounds that Citywide is allegedly exempt from the Federal Arbitration Act.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on June 5, 2019, at Los Angeles, California.

_____
Chris A. Jalian