1  PAUL GROSSMAN (SBN 035959)
   paulgrossman@paulhastings.com
2  DONNA M. MELBY (SBN 86417)
   donnamelby@paulhastings.com
3  CHRIS A. JALIAN (SBN 295564)
   chrisjalian@paulhastings.com
4  PAUL HASTINGS LLP
   515 South Flower Street, 25th Floor
5  Los Angeles, California  90071-2228
   Telephone:   (213) 683-6000
6
   Attorneys for Defendants
7  GRUMA CORPORATION;
   SMART & FINAL STORES, INC.; and
8  STATER BROS. MARKETS
9
   *(Add'l counsel listed on next page)*
10

11              UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13

14 | CITYWIDE CONSULTANTS & FOOD MANAGEMENT, LLC, individually and on behalf of all others similarly situated, | Case No. 2:19-cv-4724 (DSF) (AFMx) |
|---|---|
|  |  |
| Plaintiff, | **JOINT STIPULATION TO INFORM COURT OF SETTLEMENT AGREEMENT, AND TO VACATE HEARING DATES FOR PLAINTIFF'S MOTION TO REMAND AND DEFENDANTS' MOTION TO COMPEL ARBITRATION** |
| vs. |  |
| GRUMA CORPORATION, a Nevada corporation, dba MISSION FOODS CORPORATION; SMART & FINAL STORES, INC.; STATER BROS. MARKETS; and DOES 1 through 100, inclusive, |  |
|  | Judge: Hon. Dale S. Fischer |
| Defendants. | Complaint Filed: March 26, 2019 Trial Date: None set |

DUANE H. ZOBRIST (SBN 43813)
dzobrist@zoblaw.com
ZOBLAW
1900 Arlington Boulevard, Suite B
Charlottesville, Virginia 22903
Telephone/Facsimile:    (434) 977-9666

Attorneys for Defendants
GRUMA CORPORATION;
SMART & FINAL STORES, INC.; and
STATER BROS. MARKETS


JEFFREY K. COMPTON (SBN 142969)
DARIA DUB CARLSON (SBN 150628)
MARKUN ZUSMAN FRENIERE & COMPTON LLP
17383 W. Sunset Blvd., Suite A380
Pacific Palisades, CA 90272-4181
Telephone: (310) 454-5900
Facsimile: (310) 454-5970
Email: jcompton@mzclaw.com

JONATHAN WEISS (SBN 143895)
LAW OFFICE OF JONATHAN WEISS
10576 Troon Ave.
Los Angeles, CA 90064-4436
Telephone: (310) 558-0404
Email: jw@lojw.com

Attorneys for Plaintiff and the Proposed Class
CITYWIDE CONSULTANTS & FOOD
MANAGEMENT, LLC

1    Plaintiff Citywide Consultants & Food Management, LLC ("Plaintiff") and

2  Defendants Gruma Corporation, Smart & Final Stores, Inc., and Stater Bros.

3  Markets (collectively, "Defendants"), acting through their respective counsel of

4  record, hereby stipulate as follows:

5

6    WHEREAS, on March 26, 2019, Plaintiff filed its Complaint in the above-

7  captioned case in the Superior Court of the State of California for the County of

8  Los Angeles;

9

10    WHEREAS, on May 10, 2019, Plaintiff effectuated service of process on

11  Defendants;

12

13    WHEREAS, on May 30, 2019, Defendants filed a Notice of Removal in the

14  United States District Court for the Central District of California

15

16    WHEREAS, on June 27, 2019, pursuant to the parties' stipulation, the

17  Court (i) stayed the action pending the parties' mediation, (ii) continued the

18  hearing on Plaintiff's Motion to Remand to November 18, 2019, and (iii)

19  continued the hearing on Defendants' Motion to Compel Arbitration to November

20  18, 2019;

21

22    WHEREAS, on August 23, 2019, the parties, through their counsel,

23  mediated before David Rotman, Esq. and agreed to settle the matter on a class-

24  wide basis;

25

26    WHEREAS, on August 26, 2019, the parties informed the Court via e-mail

27  that they reached an agreement in principle to resolve the case on a class-wide

28  basis and are in the process of finalizing the settlement terms;

-1-

WHEREAS, in order for the parties to work expeditiously to finalize a global settlement of this matter and to conserve Court's resources, the parties request that the Court vacate the hearing dates on (i) Defendants' Motion to Compel Arbitration, and (ii) Plaintiff's Motion to Remand; and

WHEREAS, the parties agree that this joint stipulation and request to vacate the hearing dates of their respective motions does not constitute a waiver of either Plaintiff's right to seek remand or Defendants' right to move to compel individual arbitration.

IT IS HEREBY STIPULATED AND AGREED that the parties jointly and respectfully request an order stating that:

1. The scheduled hearing on Plaintiff's Motion to Remand on November 18, 2019 is vacated;

2. The scheduled hearing on Defendants' Motion to Compel Arbitration on November 18, 2019 is vacated; and

3. The parties' stipulation does not constitute a waiver of either Plaintiff's right to seek remand or Defendants' right to move to compel arbitration.

**CERTIFICATION**

I, Paul Grossman, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO STAY CASE PENDING MEDIATION.  In compliance with Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that Jeffrey K. Compton, counsel for Plaintiff and

-2-

the Proposed Class, concurs in the contents of this filing and has authorized the filing.

DATED:  September 6, 2019

PAUL HASTINGS LLP
PAUL GROSSMAN
DONNA M. MELBY
CHRIS A. JALIAN

ZOBLAW
DUANE H. ZOBRIST

By:        */s/ Paul Grossman*
                PAUL GROSSMAN

Attorneys for Defendants
GRUMA ENTERPRISES, INC.;
SMART & FINAL STORES, INC., and
STATER BROS. MARKETS

DATED:  September 6, 2019

MARKUN ZUSMAN FRENIERE &
     COMPTON LLP
JEFFREY K. COMPTON
DARIA DUB CARLSON

LAW OFFICE OF JONATHAN WEISS
JONATHAN WEISS

By:        */s/ Jeffrey K. Compton*
                JEFFREY K. COMPTON

Attorneys for Plaintiff and the Proposed Class
CITYWIDE CONSULTANTS & FOOD MANAGEMENT, LLC

-3-