LEGAL_US_W # 100134217.1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITYWIDE CONSULTANTS & FOOD MANAGEMENT, LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GRUMA CORPORATION, a Nevada corporation, dba MISSION FOODS CORPORATION; SMART & FINAL STORES, INC.; STATER BROS. MARKETS; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:19-cv-4724 (DSF) (AFMx)<br><br>**ORDER GRANTING JOINT STIPULATION TO VACATE HEARING DATES FOR PLAINTIFF'S MOTION TO REMAND AND DEFENDANTS' MOTION TO COMPEL ARBITRATION**<br><br>Judge: Hon. Dale S. Fischer<br><br>Complaint Filed: March 26, 2019 Trial Date: None set |

Wherefore, having duly considered the parties' Joint Stipulation, it is hereby ordered that:

1. The scheduled hearing on Plaintiff's Motion to Remand on November 18, 2019 is vacated;

2. The scheduled hearing on Defendants' Motion to Compel Arbitration on November 18, 2019 is vacated;

3. The parties' stipulation does not constitute a waiver of either Plaintiff's right to seek remand or Defendants' right to move to compel arbitration; and,

4. An Order to Show Case re Dismissal is scheduled for October 21, 2019 at 1:30 p.m., unless a motion to approve the settled is filed before that date.

**IT IS SO ORDERED.**

DATED: September 9, 2019     By:

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

-1-