UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITYWIDE CONSULTANTS & FOOD MANAGEMENT, LLC, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>GRUMA CORPORATION, a Nevada corporation, dba MISSION FOODS CORPORATION; SMART & FINAL STORES, INC.; STATER BROS. MARKETS; and DOES 1 through 100, inclusive,<br><br>*Defendants*. | Case No. 2:19-cv-4724 (DSF) (AFMx)<br><br>**ORDER GRANTING JOINT STIPULATION TO PERMIT PLAINTIFF TO FILE FIRST AMENDED COMPLAINT**<br><br>Date: February 3, 2020<br>Time: 1:30pm<br>Courtroom: 7D<br><br>Judge: Hon. Dale S. Fischer<br>Complaint Filed: March 26, 2019<br><br>Trial Date: None set |

    Having duly considered the parties' Joint Stipulation to Permit Plaintiff to File First Amended Complaint, it is hereby ordered that:

    Plaintiff is granted leave to file the First Amended Complaint attached to the Joint Stipulation as Exhibit A. Service upon Defendants is deemed waived, and Defendants are not required to file a responsive pleading to the First Amended Complaint.

IT IS SO ORDERED.

Date: December 26, 2019

Dale S. Fischer
United States District Judge