UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:19-cv-04724-DSF-AFM | Date | March 2, 2020 |
| Title | Citywide Consultants and Food Management, LLC v. Gruma Corporation, et al. | | |

Present: The Honorable   DALE S. FISCHER, United States District Judge

| Renee Fisher | Pat Cuneo |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Daria Dub Carlson<br>Jeffrey K. Compton<br>Jonathan Weiss | Paul Grossman |

**Proceedings:**   MOTION HEARING (Non-Evidentiary – Held and Completed)

MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT [22]

   The matter is called and counsel state their appearances.  The Court questions counsel as stated in court and on the record on above motion.  Counsel respond to the Court's questions. Counsel are to provide the Court with a revised notice and a revised proposed order.