1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

9
10
11

CITYWIDE CONSULTANTS & FOOD MANAGEMENT, LCC individually and on behalf of all others similarly situated,

     Plaintiff,

     v.

GRUMA CORPORATION, a Nevada corporation, dba MISSION FOODS CORPORATION; SMART & FINAL STORES, INC.; STATER BROS. MARKETS; and DOES 1 through 100, inclusive,

     Defendants.

Case No. 2:19-cv-04724-DSF-AFM

**ORDER GRANTING JOINT EX PARTE APPLICATION FOR AN ORDER ALLOWING SENDING SUPPLEMENTAL NOTICE TO CLASS MEMBERS NOTIFYING THEM OF ADDITIONAL TIME TO OBJECT TO ATTORNEYS' FEES, REIMBURSEMENT OF COSTS, AND CLASS REPRESENTATIVE ENHANCEMENT**

Judge: Hon. Dale S. Fischer
Complaint filed: March 26, 2019
Trial Date: None Set

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Federal Rule of Civil Procedure 23(h) requires that class members be allowed an opportunity to object to a fee/cost/enhancement motion itself, not merely to the preliminary notice that such a motion will be filed.  Because Class Counsel did not file the motion before the present objection deadlines, class members lacked the opportunity to oppose such a motion.  Accordingly, the parties seek to cure this oversight by notifying class members of an extended opportunity to read and object to the Motion for Attorney's Fees, Reimbursement of Costs, and Class Representative Enhancement.

Based on the foregoing, IT IS HEREBY ORDERED THAT:

1.      The ex parte application is granted.

2.      On or before June 8, 2020, Class Counsel shall cause to be mailed, to all Class Members a postcard or postcards, in English and Spanish, with substantially the language that appears in the ex parte application, including an objection deadline of June 22, 2020.

IT IS SO ORDERED.

DATED:  May 29, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE