# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CITYWIDE CONSULTANTS & FOOD MANAGEMENT, LCC, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>GRUMA CORPORATION, et al.,<br><br>*Defendants*. | Case No. 2:19-cv-04724-DSF-AFM<br><br>**ORDER RELEASING THE REMAINDER OF CLASS COUNSEL'S FEE AWARD**<br><br>Judge: Hon. Dale S. Fischer<br>Complaint filed: March 26, 2019<br>Trial Date: None Set |

On July 1, 2020, this Court issued its Order and Judgment Granting Final Approval of Class Action Settlement, Attorney Fees, Costs, and Class Representative Enhancement in the above captioned case. Dkt. 33, herein "Final Approval Order." Therein, the Court ordered that the "Parties perform in accordance with the Stipulation of Class Action and PAGA Settlement and Release (the Stipulation) filed in this action at Dkt. 22-3" and that "[t]he remaining 10% [of Attorneys' Fees] shall be paid when Class Counsel provides a declaration stating that all other terms of the settlement have been implemented, as well as a proposed order releasing the remainder of the fee award." Final Approval Order, ¶¶ 6, 11.

Class Counsel have now provided the Declaration of Christopher Longley, Chief Executive Officer of Atticus Administration, LLC (the "Longley Decl.") declaring, among other things:

The "Net Settlement Amount" ("NSA") was $3,667,219.60, i.e., the $5,000,000 "Maximum Settlement Amount" less the Class Counsel Award ($1,243,256.53), Class Counsel Costs ($26,973.87), Enhancement Award ($15,000), Settlement Administration Costs (which include the $793.05 translation costs) ($17,550), and LWDA Payment ($30,000). Longley Decl., ¶ 5; Final Approval Order, ¶¶ 9-12; *see* Stipulation, ¶ 1.22 (defining NSA).

On August 21, 2020, Individual Settlement Payments were sent by first-class mail to the Settlement Class Members. Those checks expired on February 17, 2021, i.e., 180 days from the date they were issued. Longley Decl., ¶ 6; *see* Stipulation, ¶ 3.11 (uncashed checks). On November 16, 2020, and January 20, 2021, the Administrator mailed reminder postcards (in English and Spanish) to those Class Members who had uncashed checks, thereby giving more notice than was specified by the Stipulation or this Court's order. Longley Decl., ¶ 9.

Of the total $3,667,519.60 NSA issued to 891 participating Settlement Class Members, 842 negotiated their payments, leaving a residue of $110,721.62 (3.2% of the NSA). *See* Longley Decl., ¶ 10. Pursuant to section 3.19 of the Settlement Agreement, the $110,721.62 in uncashed funds will be distributed to Feeding America.

Longley Decl., ¶ 11.

Based on the Declaration of Mr. Longley for the Administrator, it appears that the Parties have performed in accordance with the Stipulation. Therefore, consistent with and pursuant to this Court's July 1, 2020 Order, the Court being satisfied that all of terms of the settlement have been implemented, IT IS ORDERED THAT:

The remaining 10% of class counsel's fees shall be released.

IT IS SO ORDERED.

DATED: April 7, 2021

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE